# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                      Case Number: 07 C 6333
Disabled Patriots of America, Inc., et al.
                                    Plaintiffs
    v.
Century Mall, LLC,
                                    Defendant.

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**
Century Mall, LLC

| |
|---|
| NAME (Type or print)<br><br>Edward D. Shapiro |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>/s/Edward D. Shapiro |
| FIRM<br><br>MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C. |
| STREET ADDRESS<br><br>191 North Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP<br><br>Chicago, Illinois  60606-1615 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>06226069 | TELEPHONE NUMBER<br><br>(312) 521-2000 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

734928_1