# United States District Court

## NORTHERN DISTRICT OF ILLINOIS

DISABLED PATRIOTS OF AMERICA, INC., :
a Florida not for profit corporation, and :
BONNIE KRAMER, Individually, :
                                   :
       Plaintiffs,       :   **SUMMONS IN A CIVIL CASE**
vs.                             :
                                   :   **CASE NUMBER:**
CENTURY MALL, LLC, A Domestic Limited :
Liability Company,                      :   **07C 6333**
                                   :   JUDGE NORGLE
      Defendant.       :
                                  / :   MAGISTRATE JUDGE MASON

To:

    CENTURY MALL, LLC
    c/o
    **Morrie Much**
    **191 N. Wacker Dr.**
    **Suite 1800**
    **Chicago, IL 60606**

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

| | |
|---|---|
| Thomas B. Bacon | Jonathan E. Lerner, Esq. |
| Attorney-At-Law | P.O. Box 694 |
| 1515 Grant St. | Wilmette, IL 60091 |
| Hollywood, FL 33020 | |

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS                     NOV 0 8 2007
Clerk                                                                Date

(By) Deputy Clerk
    AO 440 (Rev. 8/01) Summons in a Civil Action

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Disabled Patriots Of America, Inc., et al.

vs.

Century Mall, LLC

Case Number   07 C 6363

### AFFIDAVIT OF SERVICE

I, Kevin Del Re, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 27 day of November, 2007, at 10:10 AM at 191 North Wacker Dr. #1800, Chicago, IL 60606, did serve the following document(s):

**Summons and Complaint**

Upon: **Century Mall, LLC c/o Morrie Much**

By: ☑ Personally serving to:   Morrie Much

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 191 North Wacker Dr. #1800, Chicago, IL 60606 on

| Description: | Sex | **Male** | Race | **White** | Approximate Age | **65** |
|---|---|---|---|---|---|---|
| | Height | **5'6** | Weight | **170** | Hair Color | **Gray** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Kevin Del Re
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101