## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DISABLED PATRIOTS OF AMERICA, INC.,** a Florida Not-For-Profit Corporation, and **BONNIE KRAMER, Individually,** | : Case No.: Case No. 07-cv-6333 :<br>: Charles R. Norgle, Sr. : |
| Plaintiffs, | : |
| v. | : **PLAINTIFFS'** |
| | : **NOTICE OF PENDENCY OF** |
| **CENTURY MALL, LLC,** A Domestic Limited Liability Company, | : **OTHER ACTIONS** : |
| Defendant. | : : |

Plaintiffs, DISABLED PATRIOTS OF AMERICA, INC., and BONNIE KRAMER, hereby certify to this Court that the instant action IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court or administrative agency.

Respectfully Submitted,

*Counsel for Plaintiffs*
Jonathan E. Lerner, Esq.
P.O. Box 694
Wilmette, IL 60091
847-271-2360
fx 847-256-3038
email jlernerlaw@aol.com
Ill Bar. Id No. 1622242


Thomas B. Bacon, Esq.
Attorney-At-Law
1515 Grant Street
Hollywood, FL 33020
ph. (954) 925-6488
fax (954) 237-5506
baconlaw@bellsouth.net

          By: /s/ Thomas B. Bacon
              Thomas B. Bacon, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the persons listed below electronically this December 17, 2007:

Edward David Shapiro, Esq.
James D. Weier, Jr.
Much, Shelist, Denenberg, Ament & Rubenstein, P.C.
191 North Wacker Drive.
Suite 1800
Chicago, IL 60605-1615
ph. (312) 521-2000
eshapiro@muchshelist.com
jweier@muchshelist.com

          By: /s/ Thomas B. Bacon
              Thomas B. Bacon, Esquire