IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Disabled Patriots of America, Inc., a Florida not for profit corporation and Bonnie Kramer, Individually, | ) ) ) ) | |
| Plaintiffs, | ) ) | 07 C 6333 |
| vs. | ) ) | Judge Charles R. Norgle, Sr. |
| Century Mall, LLC, a Domestic Limited Liability Company, | ) ) ) ) | Magistrate Judge Mason |
| Defendant. | ) | |

## CONSENT TO EXERCISE OF JURISDICTION OF UNITED STATES MAGISTRATE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs            Yes __√__   No _____

2. Motions for Attorney's Fees  Yes __√__   No _____

3. Motions for Sanctions        Yes __√__   No _____

4. Motions to Dismiss           Yes __√__   No _____

5. Motions for Summary Judgment Yes __√__   No _____

6. Other (specify)_____Motions pertaining to Discovery_____

July 23, 2008   By /s/ Thomas B. Bacon
                Thomas B. Bacon, Esq. (Signature) (for Plaintiffs DISABLED PATRIOTS OF AMERICA, INC. and BONNIE KRAMER)

July 23, 2008   By: /s/ Edward D. Shapiro
                Edward David Shapiro, Esq. (for Defendant CENTURY MALL, LLC)

RETURN THIS FORM ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE OVER MOTIONS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Disabled Patriots of America, Inc., a Florida not for profit corporation and Bonnie Kramer, Individually, | ) ) ) ) | |
| Plaintiffs, | ) ) | 07 C 6333 |
| vs. | ) ) | Judge Charles R. Norgle, Sr. |
| Century Mall, LLC, a Domestic Limited Liability Company, | ) ) ) | Magistrate Judge Mason |
| Defendant. | ) | |

**CONSENT TO EXERCISE OF JURISDICTION**
**OF UNITED STATES MAGISTRATE**

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including TRIAL, and entry of final judgment with respect thereto.

December 17, 2007    By /s/ Thomas B. Bacon
                     Thomas B. Bacon   (Counsel for Plaintiffs DISABLED PATRIOTS
                     OF AMERICA, INC.. and BONNIE KRAMER)


July 23, 2008        By: /s/ Edward D. Shapiro
                     Edward David Shapiro (Counsel for Defendant CENTURY MALL, LLC)


RETURN THIS FORM ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE OVER TRIAL

787807_1