IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Disabled Patriots of America, Inc., a Florida not for profit corporation and Bonnie Kramer, Individually, | ) ) ) ) | |
| Plaintiffs, | ) ) | 07 C 6333 |
| vs. | ) ) | Judge Norgle |
| Century Mall, LLC, a Domestic Limited Liability Company, | ) ) ) ) | Magistrate Judge Mason |
| Defendant. | ) | |

### STIPULATION FOR APPROVAL AND ENTRY OF CONSENT DECREE AND DISMISSAL OF CASE WITH PREJUDICE

Plaintiffs and Defendant, by and through undersigned counsel, hereby move this court to approve and enter judgment on the Proposed Consent Decree annexed hereto as Exhibit A (the "Consent Decree").

Pursuant to Title III of the Americans with Disabilities Act this Court is authorized to enter a Consent Decree requiring a public accommodation to alter facilities to make such facilities readily accessible to and useable by individuals with disabilities to the extent required by Subchapter III of Chapter 126 of Title 42 of the United States Code. 42 USC 12188 (a)(2) 2000.

Wherefore, Plaintiffs and Defendant respectfully request this Court to approve and enter judgment on the Consent Decree and retain jurisdiction to enforce the Consent Decree and Dismiss the Case with Prejudice.

Defendant agrees to make payment to ***Thomas B. Bacon, Trust Account***, and that the funds will be received by Thomas B. Bacon, Trust Account, in accordance with the separate letter agreement entered into between the parties.

Agreed and stipulated to on the date(s) indicated below by the parties endorsements below:

**Attorneys for Plaintiffs:**

By: *[signature]*
Thomas B. Bacon, Esq.
Attorney-At-Law
1515 Grant Street
Hollywood, Florida 33020
Ph. (954) 925-6488
Fax (954) 237-5506
baconlaw@bellsouth.net

and

Jonathan E. Lerner, Esq.
P.O. Box 694
Wilmette, Illinois 60091
Ph. 847-271-2360
Fax 847-256-3038
email jlernerlaw@aol.com
Ill Bar. Id No. 1622242

**Attorney for Defendant:**

By: *[signature]*
Edward D. Shapiro, Esq.
Scott R. Fradin, Esq.
Much, Shelist, Denenberg,
   Ament & Rubenstein, P.C.
191 North Wacker Drive, Ste. 1800
Chicago, Illinois 60605-1615
Ph. (312) 521-2000
Fax (312) -521-2200
eshapiro@muchshelist.com